**·FREEDOM MORTGAGE CORP., Respondent**

v.

**Hasheem BASIL and Aliya Basil**

**Petition of: Hasheem Basil**

**No. 13 EAL 2017**

Supreme Court of Pennsylvania.

June 27, 2017

## ORDER

PER CURIAM

**AND NOW,** this 27th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**